UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MULTI MEDIA ELECTRONICS, INC.,

                Plaintiff,

                -against-

LUMIN ZONE INTERNATIONAL, INC.

                Defendant.
----------------------------------------------------------X

MEMORANDUM AND ORDER

CV 05-1946

(Wexler, J.)

WEXLER, District Judge:

    Presently before the court is a Report and Recommendation ("R&R") of the assigned Magistrate Judge, E. Thomas Boyle. The R&R recommends, upon agreement of the parties, that this matter be closed until November 1, 2007, subject to the right of either party to open the matter, by letter motion made on notice.

    The Report and Recommendation is dated October 20, 2005. The time to file objections having passed without receipt of such objections, the R&R is hereby adopted. The Clerk of the Court is directed to close this matter without prejudice to re-opening as set forth herein.

SO ORDERED

                                            LEONARD D. WEXLER
                                            UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
         December 5, 2005